IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

PATRICK D. LIDDELL,
Defendant.                                              No. 11 - CR - 30014 DRH

**ORDER**

**HERNDON, Chief Judge:**

This matter comes before the Court on defendant Patrick D. Liddell's Motion to Continue Trial Setting (Doc. 18), which is currently set for March 28, 2011. Defendant seeks a continuance to effect a nontrial disposition. There are no codefendants in this case. The Court being fully advised in the premises finds that Defendant needs additional time.

Every defendant facing criminal charges has a right to a trial by jury or to plead to those charges. If the Court were to deny a continuance despite ongoing plea negotiations, this could severely impact the outcome of the discussions, which would likely result in a miscarriage of justice. **See 18 U.S.C. § 3161(h)(7)(B)(i)**. The Court therefore finds that pursuant to **§ 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court **GRANTS** Defendant's Motion to Continue

Trial Setting (Doc. 18). The Court hereby **CONTINUES** the jury trial scheduled for Monday, March 28, 2011, to **Monday, May 2, 2011, at 9:00 a.m.** The time from the date the Motion was filed, March 22, 2011, until the date to which the trial is rescheduled, May 2, 2011, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 23rd day of March, 2011.

Digitally signed by David R. Herndon
Date: 2011.03.23 09:39:10 -05'00'

**Chief Judge
United States District Court**